THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN DARMAN, Appellant, against J. V. JACKSON, as Warden of Clinton State Prison, Respondent.

Submitted November 28, 1949; decided December 29, 1949.

*John Darman,* in person, for motion.

*Nathaniel L. Goldstein, Attorney-General,* for respondent.

Motion dismissed on the ground that the order sought to be appealed from is not a final determination and no appeal can be taken therefrom to this court.